**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| ESTATE OF GERALDINE MANTELL, DECEASED | : | No. 503 MAL 2016 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: RICHARD HOWDEN | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.